UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.O., *individually and on behalf of her minor child M.O-M.*,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023
```

No. 22-cv-5645 (MKV)

ORDER

<u>MARY KAY VYSKOCIL</u>, District Judge:

       The Court is in receipt of the parties' joint letter stating that they have reached an agreement to settle this matter [ECF No. 16], as well as the parties' letters in response to the Court's Order To Show Cause [ECF Nos. 17, 18].  The Court declines to impose sanctions at this time.  IT IS HEREBY ORDERED that the parties shall file their stipulation of settlement and withdrawal by August 25, 2023.  **The parties remain on notice that failure to comply with court orders and to bring this case to a resolution may result in sanctions.**

**SO ORDERED.**

**Date:  July 26, 2023**
       **New York, NY**

                               */s/ Mary Kay Vyskocil*
                               **MARY KAY VYSKOCIL**
                               **United States District Judge**